IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC R. GORDON AND GARETH R. GORDON,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF OAKLAND, JOHN A. RUSSO, ROBERT BERNAL, AUGUSTIN BORJON, DESILVA ENTERPRISES<br><br>    Defendants. | No. C 09-05794 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

Defendants filed a motion to dismiss in this action pursuant to Rule 12(b)(6) which is noticed for hearing on March 18, 2010. Pursuant to Civil Local Rule 7-3, any brief in opposition to the motion from plaintiffs was due on February 25, 2010, but no such opposition was received. Plaintiffs — who are proceeding *pro se* — are ordered to respond by **MARCH 18, 2010, AT NOON**, and show cause for their failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternately to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The hearing scheduled for March 18, 2010, is **VACATED**. Another hearing will be noticed by the Court later if necessary.

**IT IS SO ORDERED.**

Dated: March 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE