UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


ERIC GORDON and GARETH R. GORDON,

             Plaintiff,

  v.

CITY OF OAKLAND, et al,

             Defendant.

_____/

Case Number: CV09-05794 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 3, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.



Eric R. Gordon
641 Paloma Avenue
Oakland, CA 94610

Gareth R. Gordon
641 Paloma Avenue
Oakland, CA 94610

Dated: March 3, 2010

                            Richard W. Wieking, Clerk
                            By: Dawn Toland, Deputy Clerk