United States District Court
For the Northern District of California

1

2

3

4                        IN THE UNITED STATES DISTRICT COURT

5

6                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   ERIC R. GORDON AND GARETH R.              No. C 09-05794 WHA
    GORDON,
9
                    Plaintiffs,
10
                                              **ORDER PERMITTING PRO
11       v.                                   SE PLAINTIFFS TO E-FILE
                                              AND REDESIGNATING
12   CITY OF OAKLAND, JOHN A. RUSSO,          THIS CASE FOR ECF**
     ROBERT BERNAL, AUGUSTIN BORJON,
13   DESILVA ENTERPRISES

14                  Defendants.
                                         /
15

16          Plaintiffs Eric and Gareth Gordon, proceeding *pro se*, have filed a motion requesting

17   permission to register and participate with the Electronic Case Filing system of the United

18   States District Court for the Northern District of California.  Their motion is **GRANTED**.  The

19   Clerk is instructed to permit plaintiffs to register with and participate in the ECF system.  The

20   Clerk shall redesignate this matter as an ECF case.  The parties are reminded that they are still

21   required to submit a chambers copy of each e-filed document.

22

23          **IT IS SO ORDERED.**

24

25   Dated:  April 9, 2010.
                                         _____
26                                       WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE
27

28