**United States District Court**
For the Northern District of California

1

2

3

4              IN THE UNITED STATES DISTRICT COURT

5

6         FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    ERIC R. GORDON AND GARETH R.              No. C 09-05794 WHA
     GORDON,
9
              Plaintiffs,
10
                                              **ORDER VACATING HEARING**
11        v.

12   CITY OF OAKLAND, JOHN A. RUSSO,
     ROBERT BERNAL, AUGUSTIN BORJON,
13   DESILVA ENTERPRISES

14            Defendants.
                                         /
15

16        The hearing scheduled for Thursday, April 15, is hereby **VACATED**.  If counsel promptly

17   informs the Court that a young attorney will be arguing the pending motion (refer to the

18   undersigned's standing orders on this issue), a hearing will be re-noticed for April 29, 2010.

19   Otherwise, the pending motion will be decided on the papers.

20

21        **IT IS SO ORDERED.**

22

23   Dated:  April 12, 2010.
                                         _____
24                                       WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE
25

26

27

28