IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC R. GORDON AND GARETH R. GORDON,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF OAKLAND, JOHN A. RUSSO, ROBERT BERNAL, AUGUSTIN BORJON, and DESILVA ENTERPRISES,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | No. C 09-05794 WHA<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, VACATING HEARING, AND DISMISSING WITHOUT FURTHER LEAVE TO AMEND** |

　　　　Plaintiffs Eric Gordon and Gareth Gordon, proceeding *pro se*, filed this action alleging that agents of the City of Oakland forcibly entered plaintiffs' property and removed their personal property from their backyard without a warrant. Defendants City of Oakland, Robert Bernal, Augustin Borjon, and John A. Russo moved to dismiss plaintiffs' complaint on various grounds. The motion to dismiss was granted in part and denied in part. The order noted that plaintiffs did not properly plead any federal claims. Plaintiffs were permitted to move for leave to file a first amended complaint to cure the deficiencies in their complaint (Dkt. No. 30).

　　　　On April 28, 2010, plaintiffs filed the instant motion for leave to file a first amended complaint, again asserting subject-matter jurisdiction under 28 U.S.C. 1331. The proposed amended complaint, however, again does not state any federal claims for relief.

　　　　Though the proposed first amended complaint seems to assert plausible state law claims, federal courts are courts of limited jurisdiction and cannot adjudicate cases, as here, which do not involve diversity of citizenship, a federal question, or the United States as a party. *Kokkonen v.*

*Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994).  As mentioned above, plaintiffs assert subject-matter jurisdiction on grounds of a federal question, but their complaint does not state any federal claims and therefore, must be dismissed for lack of subject-matter jurisdiction.

For the foregoing reasons, plaintiffs' motion for leave to file a first amended complaint is **DENIED**.  The hearing set for Thursday, June 3, 2010 is hereby **VACATED**.  Plaintiffs have been given two chances to state a federal claim but have failed to do so.  This action is therefore **DISMISSED WITHOUT FURTHER LEAVE TO AMEND**.

**IT IS SO ORDERED.**

Dated: May 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2