**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC R. GORDON AND GARETH R.
GORDON,

        Plaintiffs,

  v.

CITY OF OAKLAND, JOHN A. RUSSO,
ROBERT BERNAL, AUGUSTIN
BORJON, and DESILVA ENTERPRISES,

        Defendants.

                           /

No. C 09-05794 WHA

**JUDGMENT**

      For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiffs.  The Clerk **SHALL CLOSE THE FILE**.

      **IT IS SO ORDERED.**

Dated: May 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE